# EXHIBIT C



P825060

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
DIVISION OF MOTORIST SERVICES
2900 Apalachee Parkway, Room B231, Mail Stop 57
Neil Kirkman Building - Tallahassee, FL 32399

# MOTOR VEHICLE, VESSEL AND MOBILE HOME RECORDS REQUEST
FEES ARE REQUIRED AT TIME OF REQUEST AND ARE PAYABLE TO DIVISION OF MOTORIST SERVICES.
PLEASE ALLOW A 2-WEEK PROCESSING TIME FROM THE DATE WE RECEIVE THIS REQUEST.

**Requester's Information:**

| Name of Requester | Date of Request | Reference # (Case/File Name) |
|---|---|---|
| JOSHUA E. FEYGIN, ESQ. | January 15, 2025 | Lily E Althauser-Benson |

| Street Address | | Email Address |
|---|---|---|
| 1930 Harrison St, Suite 208F, Hollywood, FL 33020 | 5 | JOSH@JFEYGINESQ.COM |

To receive personal information, provide the exemption number(s) above from the list on the back of this form. * If you request your own personal information, see note below.

JAN 1 6 REC'D

| City | State | Zip | Fax Number |
|---|---|---|---|
| Hollywood | FL | 33020 | 954-697-0357 |

Under penalty of perjury, I affirm that I am entitled to receive this information and understand that I may not redisclose this information, except as provided in section 119.0712(2), Florida Statutes, and the Driver's Privacy Protection Act of 1994, 18 U.S.C. ss. 2721 et seq.

| Signature of Requester or Contact Person | Telephone Number |
|---|---|
| /s/ Joshua Feygin | 954-228-5674 |

**\*NOTE:** If requesting your own personal information you must sign this request.

---

**Type of Record Request:**  [X] Motor Vehicle   [ ] Vessel   [ ] Mobile Home   [ ] Last known address

[X] Certified Record Request (An additional $3.00 is required per record)

(Records are available up to 10 years. You may attach a separate sheet for additional requests.)

**CURRENT REGISTRATION REQUEST - $ .50 Each**

| VIN/HIN Number | Make | Year | Title Number | License Plate or FL # |
|---|---|---|---|---|
| [ ] Current | OR | [ ] (as of): Month ___ Day ___ Year ___ | | |

**TITLE RECORD REQUEST (By Vehicle/Vessel Identification Number or Title Number Only)**

| VIN/HIN Number | Title Number |
|---|---|
| ████████████1031 | |

[ ] Title History Printout (lists owner(s) of vehicle) - $1.00

[X] Complete Title History (scanned images) - $25.00

[ ] Specific Title Transaction - $1.00 Per Page

We request $25.00 as initial payment for each record. The fee is $1 per page. If additional fees are required, we will contact you.

(Month, Day and Year)

**MOTOR VEHICLE RECORD REQUEST BY NAME AND PERSONAL INFORMATION - $ .50 Each**

| First | Middle | Last | Date of Birth | Driver License/ID number |
|---|---|---|---|---|

HSMV 90510 - Revised 10/18



# CERTIFICATE OF ORIGIN FOR A VEHICLE

## FCA US LLC

| DATE | | INVOICE NO. |
|---|---|---|
| 01/19/2024 | | RJLX59971692 |

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
|---|---|---|
| ███████████031 | 2024 | JEEP |

| BODY TYPE | | | SHIPPING WEIGHT |
|---|---|---|---|
| SPORT UTILITY 4-DOOR | | | 5027 |

| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|---|---|---|---|
| 18.9 | 6450# | 4 | WRANGLER UNLIMITED SAHARA 4XE |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

DEALER NUMBER 45372/45372

JIM BROWNE CHRYSLER JEEP DODGE RAM
of DADE CITY
P.O. BOX 279
DADE CITY    FL 33525

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

MAIL TO:

JIM BROWNE CHRYSLER JEEP DODGE RAM    FCA US LLC
of DADE CITY
P.O. BOX 279
DADE CITY    FL 33525

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

AUBURN HILLS  MICHIGAN
CITY · STATE

323400913
"CERTIFIED FOR SALE IN ALL 50 STATES"

83-100-0102 REV. 4/22

## DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 1

Each undersigned seller certifies to the best of his knowledge, information and belief, under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed hereon and warrants title to the vehicle.

**FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO**

NAME OF PURCHASER(S): Jerry Wm C_____

ADDRESS: 2402 N. Dale Mabry, Tampa, FL 33607

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER: Jim Browne CJDR of Dade City, VF1018953-1 BY: _____
       NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER

State of: Florida
County of: Pasco

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____
                                                                                      Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 2

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ BY: _____
State of: _____
County of: _____

## DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 3

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ BY: _____
State of: _____
County of: _____

## DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 4

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ BY: _____
State of: _____
County of: _____

## ODOMETER DISCLOSURE FOR RETAIL SALE

Federal law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ NO Tenths ☐ The mileage stated is in excess of its mechanical limits ☐ The odometer reading is not the actual mileage — **WARNING ODOMETER DISCREPANCY**

Signature of Seller(s): _____
Printed Name(s) of Seller(s): _____ Dealer's No. _____
Signature of Purchaser(s): _____
Printed Name of Purchaser(s): _____
Company Name (if Applicable): _____
Address of Purchaser(s): _____

Date of Statement: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____
                                                                                      Notary Public
State of: _____
County of: _____

## LIENHOLDER

1st lien in favor of: _____
Whose address is: _____
2nd lien in favor of: _____
Whose address is: _____

SCAN TRANSACTION NUMBER: 107127869

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 68 | 3 | DEC | 6680 |

AUDIT #




L# 11918712
T# 1988627625
B# 10709006
S# 107127869

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | PRINCPL OPERAT | GVW/LOC |
|---|---|---|---|---|---|---|---|---|
| 154157909 | 1031 | 2024 | JEEP | UT | SIL | 5075 | | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | ENGINE DRIVE | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 10 24 | LMT | PRIVATE | | | | | | | | |

Applicant/Owner's Name & Address
SFS LEASING LTD
5757 WOODWAY DR STE 400
HOUSTON, TX 77057-1520

BIRTHDATE SEX MO. DAY YEAR — RESIDENT Y N ALIEN: X — CNTY RES.#

1st OWNER FL/DL# OR F.E.I.D.#: 882759947-02
2nd OWNER FL/DL# OR UNIT #:

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |

Action Requested: LIEN MAINTENANCE
Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| | 03/16/2024 | | XX | 15 MI 03/16/2024 ACTUAL | ☐ |

**LIEN INFORMATION** DATE OF LIEN  RECEIVED DATE  FEID # OR FL / DL AND SEX AND DATE OF BIRTH  DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:
ADDRESS
SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
ADDRESS
DEALER LICENSE NO.
CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**
TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS  $ 0.00
INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES  $ 0.00
☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner
Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06    SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

MTRFS021Y

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES

# LIEN SATISFACTION

Check One: ☐ Motor Vehicle ☐ Mobile Home ☐ Off-Highway Vehicle ☐ Vessel

| Field | Value |
|---|---|
| Title Number: | 154157909 |
| Vehicle/Vessel Identification Number: | 1031 |
| Year: | 2024 |
| Make/Manufacturer: | JEEP |
| Body Type: | |
| Color: | |
| Registered Owner(s) Name(s): (Last Name First) | SFS LEASING LTD |
| Date of Issue: | 04/03/2024 |
| Street Address: | 5757 WOODWAY DR STE 400 |
| City: | HOUSTON |
| State: | TX |
| Zip: | 77057-1520 |

**FIRST LIENHOLDER**  Lien Date: 03/22/2024 (month-day-year)  Lien Satisfaction Date: 06/10/2024 (month-day-year)

Name: SFS LIEN AGENT, LLC
Street Address:
City:  State:  Zip:

**SECOND LIENHOLDER**  Lien Date: (month-day-year)  Lien Satisfaction Date: (month-day-year)

Name:
Street Address:
City:  State:  Zip:

**LIEN SATISFACTION:**

THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE, MOBILE HOME, OFF HIGHWAY VEHICLE OR VESSEL DESCRIBED HEREON ACKNOWLEDGES SATISFACTION THEREOF.

NOTE: IF THE FIRST AND SECOND LIENHOLDER ARE THE SAME PERSON OR ENTITY AND ONLY ONE LIEN IS BEING SATISFIED, DO NOT PERFORATE OR USE A PAID STAMP. COMPLETE THE APPROPRIATE SPACE BELOW FOR THE LIEN THAT IS BEING SATISFIED.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FORGOING DOCUMENT AND THAT THE FACTS IN IT ARE TRUE.

First Lienholder Name: SFS LIEN AGENT, LLC
Print Title of Authorized Agent for Lienholder: Pamela Wenninger – Agent
Signature of Authorized Agent For Lienholder: [signature]

Second Lienholder Name:
Print Title of Authorized Agent for Lienholder:
Signature of Authorized Agent For Lienholder:

NOTE: LIENHOLDER MUST COMPLETE ALL APPLICABLE SECTIONS OF THIS FORM INCLUDING DESCRIPTION OF THE MOTOR VEHICLE, MOBILE HOME OR VESSEL, NAME AND ADDRESS OF THE OWNER(S), AND NAME AND ADDRESS OF THE LIENHOLDER. THE DATE OF LIEN MUST BE THE SAME AS THAT SHOWN ON THE TITLE CERTIFICATE. THE LIEN SATISFACTION MUST BE PROPERLY EXECUTED AND MAILED TO DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, DIVISION OF MOTORIST SERVICES, NEIL KIRKMAN BUILDING, 2900 APALACHEE PARKWAY, TALLAHASSEE, FLORIDA 32399, BY THE LIENHOLDER WITHIN TEN (10) DAYS AFTER FINAL PAYMENT FOR MOTOR VEHICLES, MOBILE HOMES, AND OFF-HIGHWAY VEHICLES AND WITHIN THIRTY (30) DAYS FOR VESSELS.

HSMV 82260 (REV.07/11)S  www.flhsmv.gov

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building – Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT
(Instructions on Reverse Side)

This reassignment is supplement to: ☐ Title No.: __N/A__  State of Issue: __FL__
☐ Manufacturer's Statement or Certificate of Origin
Is the title electronic? ☐ Yes ☐ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ████████1031 | 2024 | JEEP | WRANGLER 4X | 4DR 4WD SAHARA |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| JERRY ULM CHRYSLER DODGE JEEP | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 2966 N. DALE MABRY TAMPA FL 33607 | | | |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| 61923.38 | EXEMPT | 82-2121097 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| SFS LEASING LTD | 03/16/2024 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 5757 WOODWAY DR STE 400 HOUSTON TX 77057 | | | |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS, ☐☐☐,☐15 XX (NO TENTHS) MILES, DATE READ __03/16/24__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Jerry Ulm Chrysler Dodge Jeep | Catherine Felix |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| [signature] | N/A |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| SFS LEASING LTD | N/A |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE
HSMV 82994 (REV. 04/14) S                                                              DEALER



**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**

### Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE IN INFORMATION (If applicable)

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| 82-2121097 | VF1121684 | 03/16/2024 | N/A | (signed) |

| Year of Trade In | Make of Trade In | Title Number of Trade In (if known) | Vehicle Identification Number (VIN) of Trade-In |
|---|---|---|---|
| | | | |

### Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.

I, the undersigned, certify that I have physically inspected the above-described vehicle:

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| | | | |

Select which option best represents the certifying inspector:

- ☐ Law Enforcement    Agency Name: _____    Badge Number: _____
- ☐ Florida Dealer    Dealer Name: _____    Dealer Number: _____
- ☐ FLHSMV    Office Name: _____    User ID/Badge: _____
- ☐ Tax Collector or License Plate Agency    Agency Name: _____    County/Agency: _____

☐ Florida Notary Public (Stamp or Seal)

Signature: _____

### Section 9: SALES TAX EXEMPTION CERTIFICATION (If applicable)

The purchase of a recreational vehicle to be offered for rent as living accommodations does not qualify for exemption. I certify the motor vehicle described has been purchased and is exempt from the sales tax imposed by Chapter 212, Florida Statutes, by:

☐ Purchaser (state agencies, counties, etc.) holds valid exemption certificate    ☐ Vehicle will be used exclusively for rental.
Consumer's Certificate of Exemption Number: _____    Sales Tax Registration Number: 7880188133755

I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:

☐ Inheritance  ☐ Gift  ☐ Divorce Decree  ☐ Transfer between a married couple  ☐ Other: _____
☐ Even trade or trade down _____
(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address.)

### Section 10: REPOSSESSION DECLARATION

☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

### Section 11: NON-USE AND OTHER CERTIFICATIONS

If checked, the following certifications are made by the applicant:
☐ I certify that the certificate of title is lost or destroyed.
☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
☐ Other: (explain) _____

### Section 12: APPLICATION ATTESTMENT AND SIGNATURES

I/We physically inspected the VIN. (More than one form HSMV 82040 may be used for additional signatures.)
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| SIMON SUMNER | (signed) | 03/16/2024 |
| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
| N/A | N/A | N/A |

### Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST (If applicable)

The undersigned person(s) state(s) that _____ died on _____
(Name of deceased)    (Date)

☐ Testate (with a will)  ☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. (More than one form HSMV 82040 may be used for additional signatures.)

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |
| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle to:

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |
| Full Name of Applicant | Signature of Applicant | Date |
| | | |

HSMV 82040 MV – Rev. 07/23    https://www.flhsmv.gov    RULE 15C-21.001, FAC
DEALER



**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**
Please submit this form to your local tax collector office or license plate agency.
https://www.flhsmv.gov/locations
Note: All fields are required unless otherwise stated or not applicable.

Application Type: ☐ Original  ☐ Transfer     Request to print Certificate of Title: ☐ No  ☐ Yes: In office  ☐ Yes: Mailed
Off-Highway Vehicle Type: ☐ All-Terrain Vehicle (ATV)  ☐ Recreational Off-Highway Vehicle (ROV)  ☐ Off-Highway Motorcycle (OHM)

### Section 1: OWNER/APPLICANT INFORMATION

Customer Number: 355470
Fleet Number:
Unit Number:
Owner's County of Residence:

Owner Details: Are you a Florida Resident? ☒ YES ☐ NO   Are you a US Citizen? ☒ YES ☐ NO   Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.
☐ OR  ☐ AND   (If neither box is checked, the title will be issued with "and.")
Select, if applicable: ☐ Tenancy by the Entirety   ☐ Life Estate/Remainder Person   ☐ With Rights of Survivorship

Owner's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name): SFS LEASING LTD
Owner's Phone Number (Voluntary):
Owner's Email (Voluntary):
Sex:
Date of Birth:

FL DL/ID or FEID/Suffix Number: 7880188133755
Owner's Mailing Address: 5757 WOODWAY DR STE 400
City: HOUSTON
State: TX
Zip Code: 77057

Owner's Residential Street Address: 5757 WOODWAY DR STE 400
City: HOUSTON
State: TX
Zip Code: 77057

Mail To Customer Name (If different from above owner):
Mail To's Phone Number (Voluntary):
Mail To's Email (Voluntary):
Sex:
Date of Birth:

FL DL/ID or FEID/Suffix Number:
Mail To's Address (If different from above mailing address):
City:
State:
Zip Code:

Co-Owner Details: Are you a Florida Resident? ☒ YES ☐ NO   Are you a US Citizen? ☒ YES ☐ NO   Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO

☐ Co-Owner or ☒ Lessee's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name): SIMON SUMNER
Co-Owner's Phone Number (Voluntary):
Co-Owner's Email (Voluntary):
Sex: M
Date of Birth: 10/10/72

FL DL/ID or FEID/Suffix Number: S560790723700
Co-Owner's/Lessee's Mailing Address: 14327 AVON FARMS DR
City: TAMPA
State: FL
Zip Code: 33618-1912

Co-Owner's/Lessee's Residential Street Address: 14327 AVON FARMS DR
City: TAMPA
State: FL
Zip Code: 33618-1912

### Section 2: MOTOR VEHICLE DESCRIPTION

Vehicle Identification Number (VIN): [redacted]031
Florida Title Number:
License Plate Number: B1KK-J
Previous State of Issue:

Make/Manufacturer: JEEP
Model: WRANGLER 4XE
Year: 2024
Body: 4DR 4W
Color: SILV ZYNI
Length: Ft.___In___
Weight:
GVW:
BHP/CC:

Van Use (If applicable): ☐ Passenger  ☐ Other
Fuel Type: ☐ Natural Gas (Liquid)  ☐ Natural Gas (Compressed)  ☐ Hybrid (Gas/Electric)  ☐ Hybrid (Diesel/Electric)  ☐ Electric

### Section 3: BRANDS, USAGE AND TYPE (Check applicable types)

☐ Assembled from Parts  ☐ Autonomous  ☐ Bonded Title  ☐ Custom  ☐ Electric  ☐ Flood  ☐ Glider Kit  ☐ ILEV  ☐ Kit Car
☐ Long Term Lease  ☐ Manuf. Buy Back  ☐ Police Veh.  ☐ Private Use  ☐ Rebuilt  ☐ Replica  ☐ Short Term Lease  ☐ Street Rod  ☐ Taxicab

### Section 4: LIENHOLDER INFORMATION (If applicable)

ELT Customer ☐ YES ☒ NO
☐ FEID/Suffix #  ☐ DMV Account #  ☐ DL/ID #, Sex and DOB: 7880188133755
Lienholder's Phone Number (Voluntary): (800) 234-0971
Lienholder's Email (Voluntary):

Date of Lien: 03/16/24
Lienholder's Mailing Address: PO BOX 717
City: WILMINGTON
State: OH
Zip Code: 45177

Lienholder's Name (If box is not checked, title will be mailed to the first lienholder.): SFS LIEN AGENT LLC
☐ Check this box if you, lienholder representative, authorize the Department to send the motor vehicle title to the owner and sign here:_____

### Section 5: TRANSFER TYPE (If applicable)

If ownership has transferred, how and when was the motor vehicle acquired?
☐ Sale (Price: $_____.____)  ☐ Gift  ☐ Repossession  ☐ Court Order  ☐ Inheritance  ☐ Other (Specify): _____
Date Acquired: 03/16/2024

### Section 6: ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/we state that this ☐ 5 or ☐ 6-digit odometer now reads ___ ___ ___ ___ 1 5 .xx miles.   (No tenths)
Date Read: 03/16/2024

I/we hereby certify that to the best of my/our knowledge the odometer reading:
☐ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS NOT THE ACTUAL MILEAGE.   ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23          https://www.flhsmv.gov          RULE 15C-21.001, FAC
DEALER

SCAN TRANSACTION NUMBER 107226737

B01801

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1031 | 2024 | JEEP | UT | 5075 | | 154157909 |

Date of Issue 04/03/2024

Registered Owner:
SFS LEASING LTD
5757 WOODWAY DR STE 400
HOUSTON   TX 77057-1520

Lien Release
Interest in the described vehicle is hereby released
by _____
SFS LIEN AGENT LLC  Title Loretta Haines Agt
Date 10/10/24

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

Mail To:
03/16/2024
SFS LIEN AGENT, LLC
PO BOX 717
WILMINGTON   OH 45177-0717

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT | Vessel Regis | Title Number |
|---|---|---|---|---|---|---|
| 1031 | 2024 | JEEP | UT | 5075 | | 154157909 |

Lien Release
Interest in the described vehicle is hereby released
by _____
Title Loretta Haines Agt
Date 10/10/24

| State | Color | Primary Brand | Secondary Brand | No of Doors | Prev Issue Date |
|---|---|---|---|---|---|
| | SIL | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or Oil Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 15/MI 03/16/2024 ACTUAL | | | | 04/03/2024 |

Registered Owner:
SFS LEASING LTD
5757 WOODWAY DR STE 400
HOUSTON   TX 77057-1520

SFS LIEN AGENT LLC

1st Lienholder:
03/16/2024
SFS LIEN AGENT, LLC
PO BOX 717
WILMINGTON   OH 45177-0717

DIVISION OF MOTORIST SERVICES        TALLAHASSEE, FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number 168336984

David M. Kerner
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law requires that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Jerry Ulm
Address: 2966 N Dale Mabry Hwy, Tampa FL 33607
Seller Must Enter Selling Price: _____
Seller Must Enter Date Sold: 6/10/24
I/We state that this [ ] 5 or [ ] 6 digit odometer now reads  5 (no tenths) miles, date read 3/16/24 and I hereby certify that to the best of my knowledge the odometer reading:
[X] 1. reflects ACTUAL MILEAGE.   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
SELLER Must Sign Here: _____ SFS LIEN AGENT LLC  SELLER Must Sign Here: _____
Print Here: Loretta Haines Agt SFS LIEN AGENT LLC
Selling Dealer's License Number: _____   Tax: _____   Tax Collected: _____
Auction Name: _____   License Number: _____

PURCHASER Must Sign Here: _____   CO-PURCHASER Must Sign Here: _____
Print Here: Alejandra Padilla   Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)        STATE OF FLORIDA

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building – Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: ☐ Title No.: N/A  State of Issue: _____
☐ Manufacturer's Statement or Certificate of Origin
Is the title electronic? ☐ Yes ☐ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ████1031 | 2024 | JEEP | WRANGLER 4X | 4DR 4WD SAHARA |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| JERRY ULM CHRYSLER DODGE JEEP | | |

Street Address: 2966 N. DALE MABRY TAMPA FL 33607
City | State | Zip

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| 63601.00 | 2556.90 | 82-2121097 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| LILLY E ALTHAUSER-BENSON | 11/16/2024 |

Purchaser's Address: ████████ | City | State | Zip
Co-Purchaser's Address (If applicable) | City | State | Zip

Auction Name (If applicable) | Auction License Number | State of License | Date of Auction
Street Address | City | State | Zip

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS, ☐☐☐,☐2☐8 XX (NO TENTHS) MILES, DATE READ 11/16/24 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of Seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| JERRY ULM CHRYSLER DODGE JEEP | [signature] |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature [signature] | Co-Purchaser(s) Signature N/A |
|---|---|
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
| LILLY E ALTHAUSER-BENSON | N/A |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE      COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S      DEALER



**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**

### Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE IN INFORMATION *(if applicable)*

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| 82-2121097 | VF1121684 | 11/16/2024 | 2655.77 | |

| Year of Trade In | Make of Trade In | Title Number of Trade In *(if known)* | Vehicle Identification Number (VIN) of Trade In |
|---|---|---|---|
| 2019 | JEEP | / | 1C4HJXEN2KW520021 |

### Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.

I, the undersigned, certify that I have physically inspected the above-described vehicle:

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| 1031 | | | 11/16/2024 |

Select which option best represents the certifying inspector:
☐ Florida Notary Public *(Stamp or Seal)*

☐ Law Enforcement   Agency Name: _____   Badge Number: _____
☐ Florida Dealer     Dealer Name: _____   Dealer Number: _____
☐ FLHSMV             Office Name: _____   User ID/Badge: _____
☐ Tax Collector or   Agency Name: _____   County/Agency: _____
   License Plate Agency                                              Signature: _____

### Section 9: SALES TAX EXEMPTION CERTIFICATION *(if applicable)*

The purchase of a recreational vehicle to be offered for rent as living accommodations does not qualify for exemption. I certify the motor vehicle described has been purchased and is exempt from the sales tax imposed by Chapter 212, Florida Statutes, by:

☐ Purchaser *(state agencies, counties, etc.)* holds valid exemption certificate    ☐ Vehicle will be used exclusively for rental.

Consumer's Certificate of Exemption Number: _____    Sales Tax Registration Number: _____

I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:

☐ Inheritance    ☐ Gift    ☐ Divorce Decree    ☐ Transfer between a married couple    ☐ Other: _____

☐ Even trade or trade down _____
*(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address.)*

### Section 10: REPOSSESSION DECLARATION

☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

### Section 11: NON-USE AND OTHER CERTIFICATIONS

If checked, the following certifications are made by the applicant:
☐ I certify that the certificate of title is lost or destroyed.
☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
☐Other: *(explain)* _____

### Section 12: APPLICATION ATTESTMENT AND SIGNATURES

I/We physically inspected the VIN. (More than one form HSMV 82040 may be used for additional signatures.)
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| LILLY E ALTHAUSER-BENSON | | 11/16/2024 |
| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
| N/A | N/A | N/A |

### Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST *(if applicable)*

The undersigned person(s) state(s) that _____ died on _____
*(Name of deceased)* *(Date)*

☐ Testate (with a will)    ☐ Intestate (without a will) and left the surviving heir(s) named below:
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.
(More than one form HSMV 82040 may be used for additional signatures.)

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |
| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle to:

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |
| Full Name of Applicant | Signature of Applicant | Date |
| | | |

HSMV 82040 MV – Rev. 07/23        https://www.flhsmv.gov        RULE 15C-21.001, FAC
                                                                 DEALER



# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE

Please submit this form to your local tax collector office or license plate agency.
https://www.flhsmv.gov/locations
Note: All fields are required unless otherwise stated or not applicable.

Application Type: ☐ Original  ☒ Transfer
Request to print Certificate of Title: ☐ No  ☐ Yes: In office  ☐ Yes: Mailed
Off-Highway Vehicle Type: ☐ All-Terrain Vehicle (ATV)  ☐ Recreational Off-Highway Vehicle (ROV)  ☐ Off-Highway Motorcycle (OHM)

### Section 1: OWNER/APPLICANT INFORMATION

Customer Number: 
Fleet Number: 
Unit Number: 
Owner's County of Residence: HILLSBOROUGH

Owner Details: Are you a Florida Resident? ☒ YES ☐ NO | Are you a US Citizen? ☒ YES ☐ NO | Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.
☐ OR  ☐ AND (If neither box is checked, the title will be issued with "and.")
Select, if applicable: ☐ Tenancy by the Entirety  ☐ Life Estate/Remainder Person  ☐ With Rights of Survivorship

Owner's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name): **LILLY E ALTHAUSER-BENSON**

### Section 2: MOTOR VEHICLE DESCRIPTION

Vehicle Identification Number (VIN): [redacted]1031
Florida Title Number: 154157909
License Plate Number: BL2TIC
Previous State of Issue: 

Make/Manufacturer: JEEP
Model: WRANGLER 4XE
Year: 2024
Body: UT
Color: SILVER
Length: 
Weight: 5075
GVW: 
BHP/CC: 

Van Use: ☐ Passenger  ☐ Other
Fuel Type: ☐ Natural Gas (Liquid)  ☐ Natural Gas (Compressed)  ☐ Hybrid (Gas/Electric)  ☐ Hybrid (Diesel/Electric)  ☐ Electric

### Section 3: BRANDS, USAGE AND TYPE (Check applicable types)

☐ Assembled from Parts  ☐ Autonomous  ☐ Bonded Title  ☐ Custom  ☐ Electric  ☐ Flood  ☐ Glider Kit  ☐ LEV  ☐ Kit Car
☐ Long Term Lease  ☐ Manuf. Buy Back  ☐ Police Veh.  ☒ Private Use  ☐ Rebuilt  ☐ Replica  ☐ Short Term Lease  ☐ Street Rod  ☐ Taxicab

### Section 4: LIENHOLDER INFORMATION (If applicable)

ELT Customer: ☒ YES ☐ NO
☒ FEID/Suffix #: 609269791
Lienholder's Phone Number (Voluntary): (800) 234-0971
Date of Lien: 11/16/24
Lienholder's Mailing Address: PO BOX 717
City: WILMINGTON
State: OH
Zip Code: 45177
Lienholder's Name: STELLANTIS FINANCIAL SERVICES, INC

### Section 5: TRANSFER TYPE (If applicable)

If ownership has transferred, how and when was the motor vehicle acquired?
☐ Sale (Price: $____) ☐ Gift ☐ Repossession ☐ Court Order ☐ Inheritance ☐ Other (Specify): ____
Date Acquired: 11 / 16 / 2024

### Section 6: ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/we state that this ☐ 5 or ☒ 6-digit odometer now reads ____,_2_8_.xx miles. Date Read: 11 / 16 / 2024.
I/we hereby certify that to the best of my/our knowledge the odometer reading:
☒ 1. REFLECTS ACTUAL MILEAGE.  ☐ 2. IS NOT THE ACTUAL MILEAGE.  ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23         https://www.flhsmv.gov         RULE 15C-21.001, FAC
                                                                   DEALER