## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### Case No. 8:25-cv-1402

LILLY E. ALTHAUSER-BENSON,
An Individual,

    Plaintiff(s),

vs.

TAMPA J AUTOMOTIVE MANAGEMENT, LLC, d/b/a
JERRY ULM DODGE CHRYSLER JEEP RAM,
A Florida Limited Liability Company, and
STELLANTIS FINANCIAL SERVICES, INC.,
a Foreign Corporation.

    Defendant).
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

    Dated: May 30, 2025

*/s/ Joshua E. Feygin*
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, LILLY E. ALTHAUSER-BENSON*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

*/s/ Joshua E. Feygin*
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685