## RETURN OF SERVICE

**State of Florida**  **County of MIDDLE**

Case Number: 8:25-CV-01402-MSS-SPF

Plaintiff:
LILLY E. ALTHAUSER-BENSON AN INDIVIDUAL

vs.

Defendant:
TAMPA J AUTOMOTIVE MANAGEMENT, LLC, AND STELLANTIS FINANCIAL SERVICES, INC.

For:
JOSHUA FEYGIN, PLLC
1930 HARRISON ST.
STE 208F
HOLLYWOOD, FL 33020

KDY2025022887

Received by Michael Wyatt Kady on the 2nd day of June, 2025 at 12:53 pm to be served on **STELLANTIS FINANCIAL SERVICES, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS ST, Tallahassee, FL 32301**.

I, Michael Wyatt Kady, do hereby affirm that on the **3rd day of June, 2025 at 12:00 pm, I:**

served a CORPORATE, PARTNERSHIP, ASSOCIATION Served the within named business entity by delivering a true copy of SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF, EXHIBIT A - C to: **ELIZABETH Leinback** as Customer service associate, a Designated employee of the Registered Agent, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 HAYS ST, TALLAHASSEE, FL 32301.** on behalf of **STELLANTIS FINANCIAL SERVICES, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 120, Hair: Dark Brown, Glasses: N

Michael Wyatt Kady
Process Server

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 727-4363

Our Job Serial Number: KDY-2025022887