## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:25-CV-01402-MSS-SPF

Plaintiff:
**Lilly E. Althauser-Benson An Individual**

vs.

Defendant:
**Tampa J Automotive Management, LLC and Stellantis Financial Services, Inc.**

For:
Joshua Feygin, Esquire
Sue Your Dealer - A Law Firm
1930 Harrison Street
Suite 208F
Hollywood, FL 33020

Received by Serving Justice, LLC on the 2nd day of June, 2025 at 1:23 pm to be served on **Tampa J Automotive Management, LLC., d/b/a Jerry Ulm Dodge Chrysler Jeep Ram By Serving Corporation Company Of Orlando, 300 South Orange Avenue, Suite 1600, Orlando, FL 32801**

I, Daniel R. Ward, being duly sworn, depose and say that on the **6th day of June, 2025** at **10:39 am**, I:

SERVED the within named LLC by delivering a true copy of the Summons In A Civil Action and Complaint For Damages And Incidental Relief with Exhibits with the date and hour of service endorsed thereon by me to James G. Willard, President of Corporation Company of Orlando, as Registered Agent of Tampa J Automotive Management, LLC., d/b/a Jerry Ulm Dodge Chrysler Jeep Ram service being made at 300 South Orange Avenue, Suite 1600, Orlando, FL 32801 compliant with state statute.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Pursuant to FL Statute 92.525 there is no Notary Required. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

State of Florida
County of Orange

The foregoing instrument was acknowledged before me this 10 day of June, 2025 by means of ☒ physical presence or ☐ online notarization of Danie l Ward (affiant) who is personally known to me or produced a state drivers license.

NOTARY PUBLIC SIGNATURE: Ashley Taylor
NOTARY NAME (PRINTED/TYPED): Ashley Taylor

ASHLEY TAYLOR
MY COMMISSION # HH513413
EXPIRES: May 12, 2028

Daniel R. Ward
PS# 0132

Serving Justice, LLC
P.O. Box 1670
Ft. Myers, FL 33902-1670
(239) 313-6740

Our Job Serial Number: HCT-2025001991
Ref: 8:25-CV-01402-MSS-SPF/1991

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c