1000.006

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
CASE NO: 8:25-cv-01402-MSS-SPF

LILLY E. ALTHAUSER-BENSON,

    Plaintiff,

v.

TAMPA J AUTOMOTIVE MANAGEMENT, LLC and
STELLANTIS FINANCIAL SERVICES, INC.,

    Defendants.

_____/

## NOTICE OF APPEARANCE

      COMES NOW, Michael D. Siegel, Esquire of the law firm of Katz Siegel & Maple, P.L.,

and hereby files this Notice of Appearance as counsel on behalf of the Defendant, TAMPA J

AUTOMOTIVE MANAGEMENT LLC STELLANTIS FINANCIAL SERVICES, INC., in the

above-styled cause.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing is being served pursuant to Rule 2.516

Florida Rules of Judicial Administration through the e-portal via Electronic Mail to:

| | |
|---|---|
| Joshua E. Feygin, Esquire<br>SUE YOUR DEALER - A LAW FIRM<br>1930 Harrison Street, Suite 208F<br>Hollywood, FL  33020<br>josh@jfeyginesq.com | |

on this 16th  day of June, 2025.

*/s/ Michael D. Siegel*

_____
Michael D. Siegel, Esquire
Katz, Siegel & Maple P.L.
4114 Woodlands Parkway, Suite 402
Palm Harbor, FL 34685
(727) 796-1000 - Telephone
(727) 797-2200 – Facsimile
mike@ksmlawyers.com
Attorney for Defendant, Tampa J
Florida Bar Number: 0436860