1000.006

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
CASE NO: 8:25-cv-01402-MSS-SPF

LILLY E. ALTHAUSER-BENSON,

   Plaintiff,

v.

TAMPA J AUTOMOTIVE MANAGEMENT, LLC and
STELLANTIS FINANCIAL SERVICES, INC.,

   Defendant.
_____/

**NOTICE OF PROVIDING E-MAIL ADDRESS**

COMES NOW Defendant, TAMPA J AUTOMOTIVE MANAGEMENT, LLC and STELLANTIS FINANCIAL SERVICES, INC., by and through undersigned counsel, and pursuant to the Florida Supreme Court's Amendment to the Florida Rules of Civil procedure No. SC 10-2101 hereby designates undersigned counsel's primary and secondary electronic mail addresses in the above styled cause and respectfully requests all other counsel provide primary and secondary electronic mail address for this matter:

      Primary:      mike@ksmlawyers.com

      Secondary:      jjames@ksmlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing is being served pursuant to Rule 2.516 Florida Rules of Judicial Administration through the e-portal via Electronic Mail to:

| Joshua E. Feygin, Esquire<br>SUE YOUR DEALER - A LAW FIRM<br>1930 Harrison Street, Suite 208F<br>Hollywood, FL  33020<br>josh@jfeyginesq.com | |

on this 16th day of June, 2025.

/s/ *Michael D. Siegel*
_____
Michael D. Siegel, Esquire
Katz, Siegel & Maple P.L.
4114 Woodlands Parkway, Suite 402
Palm Harbor, FL 34685
(727) 796-1000 - Telephone
(727) 797-2200 – Facsimile
mike@ksmlawyers.com
Attorney for Defendant, Tampa J
Florida Bar Number: 0436860