**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| LILLY E. ALTHAUSER-BENSON,<br><br>   Plaintiff,<br><br>   v.<br><br>TAMPA J. AUTOMOTIVE MANAGEMENT, LLC, d/b/a JERRY ULM DODGE CHRYSLER JEEP RAM, a Florida Limited Liability Company, and STELLANTIS FINANCIAL SERVICES, INC., a Foreign Corporation,<br><br>   Defendants. | Case No. 8:25-CV-01402-MSS-SPF |

**STELLANTIS FINANCIAL SERVICES'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

  COMES NOW Defendant Stellantis Financial Services ("Stellantis"), by and through its undersigned counsel, and hereby moves this Court to extend the time for it to file a response to Plaintiff Lilly E. Althauser-Benson's ("Plaintiff") Complaint, stating as follows:

  1. Plaintiff commenced this action by filing a Complaint in this Court on May 30, 2025 [Dkt. 1].

  2. Stellantis was served with the Summons and Complaint on June 3, 2025 (Dkt. 6), making its response to the Complaint due on June 24, 2025.

  3. Stellantis respectfully requests additional time to prepare its response to the Complaint. The parties anticipate filing an unopposed motion referring the case to arbitration but the motion is pending final approval with interested parties.

  4. Stellantis requests that the Court extend its response deadline by fourteen (14) days, through and including July 8, 2025.

5. This is Stellantis's first motion for extension of time, and it is made in good faith and not for the purpose of undue delay, and no party will be prejudiced by the relief sought herein.

6. Stellantis's counsel has conferred with counsel for the other parties, who confirm that there is no objection to this extension.

WHEREFORE, Stellantis respectfully requests that this Court enter an order giving it until July 8, 2025 to file a response to Plaintiff's Complaint.

**HUSCH BLACKWELL LLP**

*s/ Nicholas S. Agnello*
Nicholas S. Agnello
Florida Bar No. 90844
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington 20006-3606
202-378-9334
nick.agnello@huschblackwell.com
*Attorneys for Defendant,*
*Stellantis Financial Services, Inc.*

Dated: June 24, 2025

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2025, I caused the foregoing to be filed electronically with the Clerk of the Court, and therefore served upon all counsel of record.

*s/ Nicholas S. Agnello*
Nicholas S. Agnello

### LOCAL RULE 3.01(G) CERTIFICATION

I, the undersigned attorney, hereby certify to the Court that on June 13, 2025 and June 24, 2024, I conferred with Plaintiff and Co-Defendant's counsel via email regarding the motion for extension of the answer deadline and the parties do not oppose the relief sought herein.

*s/ Nicholas S. Agnello*
Nicholas S. Agnello

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LILLY E. ALTHAUSER-BENSON,<br><br>    Plaintiff,<br><br>v.<br><br>TAMPA J. AUTOMOTIVE MANAGEMENT, LLC, d/b/a JERRY ULM DODGE CHRYSLER JEEP RAM, a Florida Limited Liability Company, and STELLANTIS FINANCIAL SERVICES, INC., a Foreign Corporation,<br><br>    Defendants. | Case No. 8:25-CV-01402-MSS-SPF |

**ORDER**

    Upon motion of Defendant Stellantis Financial Services, Inc. ("Stellantis"), and the Court now being sufficiently advised,

    IT IS HEREBY ORDERED that Stellantis's Unopposed Motion for Extension of Time to Respond to the Complaint is hereby **GRANTED** and Stellantis shall have up to and including **July 8, 2025** to file its response to Plaintiff's Complaint.

**DONE AND ORDERED** this ___ day of _____, 2025.

_____
JUDGE